LILLIE LANE et al., Respondents, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, and W. MORTON GARDEN, Individually and as Executor of GEORGE W. KIDD, Deceased, Appellant.

*Lane* v. *Equitable Life Assur. Society*, 115 App. Div. 902, affirmed.
(Argued June 12, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover the proceeds of a policy of life insurance alleged to have been assigned to the plaintiffs.

*H. D. Luce* and *Charles C. Dickinson* for appellant.

*Frederick S. Fisher* and *William H. Wadhams* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.